UNITED BENEFIT LIFE INSURANCE COMPANY OF OMAHA, Petitioner,

v.

Donald J. BOYD, Respondent.

No. B–2170.

Supreme Court of Texas.

July 29, 1970.

Rehearing Denied Oct. 7, 1970.

Turpin, Smith, Dyer, Hardie & Harman, Lawrence L. Fuller and Max N. Osborn, Midland, for petitioner.

Burnett & Childs, Richard J. Clarkson, Odessa, for respondent.

. PER CURIAM.

We approve the construction of Articles 3.49–1 and 3.49–2 of the Texas Insurance Code given by the court of civil appeals in its opinion. 453 S.W.2d 332. We also agree that the issue as to the insurable interest of Donald J. Boyd in the life of the insured-decedent has not been conclusively resolved so as to warrant the summary judgment in favor of Boyd. The applications for writ of error are refused, no reversible error.